UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-20087-UU

LUCIANNA DAOUT,

        Plaintiff,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-25 AND SPECIALIZED LOAN SERVICING, LLC,

        Defendants.
_____/

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LUCIANNA DAOUT, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives this amended notice that Plaintiff has voluntary dismissed the above-captioned case with prejudice.

Respectfully Submitted,

/s/Yechezkel Rodal
Yechezkel Rodal Esq.
Florida Bar No. 91210
chezky@floridaloanlawyers.com
Loan Lawyers, LLC
2150 S. Andrews Ave., 2nd Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on March 3, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Manuel S. Hiraldo, Esq.
Blank Rome, LLP
500 East Broward Blvd
Suite 2100
Fort Lauderdale, FL 33394
Counsel for Defendant BONY MELLON
Service by CM/ECF

        LOAN LAWYERS, LLC
        *Attorneys for Plaintiff*
        2150 S. Andrews Ave., 2nd Floor
        Fort Lauderdale, FL 33316
        Telephone:    (954) 523-4357
        Facsimile:    (954) 581-2786

        /s/Yechezkel Rodal_____
        YECHEZKEL RODAL ESQ.
        FBN 091210
        E-Mail: chezky@floridaloanlawyers.com